UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IASIA EBONY OWENS,

    Plaintiff,

v.                                           CASE NO. 8:21-cv-851-T-23AEP

SYNCHRONY BANK,

    Defendant.
_____/

## ORDER

In accord with the plaintiff's motion (Doc. 6), this action is **DISMISSED WITHOUT PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. The clerk is directed to terminate each pending motion and to close the case.

ORDERED in Tampa, Florida, on July 2, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE